HARTRIDGE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. No. 16-20059-SHL |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| ZACKARY HICKS, a/k/a ZACHARY HICKS, | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 17, 2015, in the Western District of Tennessee, the defendant,

**ZACKARY HICKS
a/k/a ZACHARY HICKS**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Smith & Wesson .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

DATED: _____

_____
**EDWARD L. STANTON III
UNITED STATES ATTORNEY**