# HARTRIDGE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR. No. 16-20059-SHL |
| v. | ) ) | 18 U.S.C. § 922(g)(1) |
| ZACKARY HICKS, a/k/a ZACHARY HICKS, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 10 yrs. imprisonment; nmt $250,000 fine, or both, nmt a 3 yr. period of supervised release and a special assessment of $100, but if the defendant has three prior convictions for violent felonies or serious drug offenses, then nlt 15 yrs. imprisonment, and nmt life imprisonment, see 18 U.S.C. § 924(e), nmt $250,000 fine, or both, nmt a 5 yr. period of supervised release, and a special assessment of $100; see 18 U.S.C. § 3013 (a)].