IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                Cr. No. 16-20059-SHL

ZACKARY HICKS,

      Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE

---

Please take notice that Unam Peter Oh, Assistant Federal Defender, herein enters his notice of appearance as counsel for Zackary Hicks in the above styled and numbered cause. **Please remove the FPD's name from the distribution list**.

This 4th day of May, 2016.

                                                s/ UNAM PETER OH
                                                Assistant Federal Defender
                                                200 Jefferson Avenue, Suite 200
                                                Memphis, TN 38103
                                                (901) 544-3895

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Ms. Karen Hartridge, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 4th day of May, 2016.

                                                s/ UNAM PETER OH
                                                Assistant Federal Defender