AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

**ZACKARY HICKS**

**EXHIBIT AND WITNESS LIST**

Case Number: 2:16cr20059-1 SHL

| PRESIDING JUDGE<br>Diane K. Vescovo | | | PLAINTIFF'S ATTORNEY<br>Karen Hartridge | | | DEFENDANT'S ATTORNEY<br>Peter Oh |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>May 11, 2016 | | | COURT REPORTER<br>FTR | | | COURTROOM DEPUTY<br>Chris Sowell |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | * DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 | | 5/11/16 | | √ | √ | Collective Exhibit - Record of Arrest & State Court Indictment |
| 2 | | 5/11/16 | | √ | √ | Collective Exhibit - Incident Report & Photos |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages