16-20059

RECEIVED
APR 11 2024
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

To whom it may concern
My name is Zackary Hicks
Federal # 29611-076

I'm currently at U.S.P. Beaumont
P.O. Box 26030
Beaumont, TX 77720

I would like to request copies of the following documents so I can get ready to start and file a motion of appeal

I would like copies of the following documents

1- Docket sheet
2- Plea Agreement
3- Statement of Facts A & B
4- Judgement & Committement sheet